## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BETTY ARNOLD, | : No. 710 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| APPEL & YOST, LLP, GRETA R. AUL, | : |
| ESQ., ROBERT L. ARNOLD, ESQ., | : |
| DAVID W. MERSKY, ESQ., ALBERT D. | : |
| D'AGOSTINO, AND D'AGOSTINO & | : |
| BRISELLI FINANCIAL GROUP, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.